AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 10/11/07 |
|---|---|
| NAME OF SERVER *(PRINT)* Denise Lehner | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): __Certified Mail__

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __10/15/07__    Denise Lehner
           Date         Signature of Server

__PO Box 969 Fairhope AL 36533-0969__
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.