# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| SHARON W. CRAWFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NUMBER: |
| | ) | |
| ARGENT MORTGAGE COMPANY, LLC, | ) | 1:07-CV-00707-CG-M |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT

**COMES NOW** the defendant, Argent Mortgage Company, LLC, by and through its undersigned counsel, and, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Honorable Court to dismiss the Complaint filed by plaintiff Sharon W. Crawford or, in the alternative pursuant to Rule 12(e), to require plaintiff to provide a more definite statement of her claims. Per Local Rule 7.1(a), defendant's brief is being filed simultaneously with this motion.

1616137 v1

                    Respectfully submitted,

                    s/Stephen J. Bumgarner
                    Stephen J. Bumgarner (BUMGS2089)

                    Attorney for Defendant
                    Argent Mortgage Company, LLC

**OF COUNSEL:**

BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
sbumgarn@burr.com

## CERTIFICATE OF SERVICE

     I hereby certify that on October 31, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

                    Earl P. Underwood, Jr., Esq.
                    Law Offices of Earl P. Underwood, Jr.
                    P.O. Box 969
                    Fairhope, Alabama 36533-0969

                    s/ Stephen J. Bumgarner
                    OF COUNSEL