## TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

☐ Preliminary    ☒ Final

LENDER: Argent Mortgage Company, LLC
333 Westchester Avenue, 1st Floor
White Plains, NY 10604
(914)347-7663

Borrowers: SHARON W CRAWFORD

Broker License: B8367

Address: 4017 SONIA COURT
City/State/Zip: MOBILE, AL 36605

Type of Loan: ADJUSTABLE RATE
Date: April 19, 2004

Loan Number: ████████

Property: 4017 SONIA COURT, MOBILE, AL 36605

| ANNUAL PERCENTAGE RATE  The cost of your credit as a yearly rate. | FINANCE CHARGE  The dollar amount the credit will cost you. | Amount Financed  The amount of credit provided to you or on your behalf. | Total of Payments  The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.612 % | $ 158,009.39 | $ 87,679.28 | $ 245,688.67 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 359 | $682.48 | 06/01/2004 | | | |
| 1 | $678.35 | 05/01/2034 | | | |

**VARIABLE RATE FEATURE:**
☒ Your loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at: 4017 SONIA COURT, MOBILE, AL 36605

**ASSUMPTION:** Someone buying this property
☒ cannot assume the remaining balance due under original terms.
☐ may assume, subject to lender's conditions, the remaining balance due under original terms.

**PROPERTY INSURANCE:** You may obtain property insurance from anyone you want that is acceptable to Argent Mortgage Company, LLC

**LATE CHARGES:** If a payment is late, you will be charged 5.000% of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
☒ may    ☐ will not    have to pay a penalty.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Sharon W Crawford_  4-19-04
Borrower SHARON W CRAWFORD    Date

Borrower _____ Date

Borrower _____ Date

Borrower _____ Date

TIL.1 (Rev. 7/01)

04/16/2004 2:47:56 PM

**B**