IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SHARON W. CRAWFORD,** : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | CIVIL ACTION NO. 07-0707-CG-M |
| : | |
| **ARGENT MORTGAGE COMPANY,** : | |
| : | |
| **Defendant.** : | |

## ORDER

On October 31, 2007, a motion to dismiss was filed by defendant Argent Mortgage Company.

A party opposing the motion must respond within 10 working days of receipt of the motion. See Local Rule 7.1. The response should include the legal arguments in opposition to the motion. This motion is being submitted without oral argument. See Fed.R.Civ.P. 78. If the court determines that oral argument would be appropriate, it shall advise the parties. Local Rule 7.1. Failure to file a timely response to the motion to dismiss could result in the granting of the motion and a dismissal of the action.

**DONE and ORDERED** this the 2nd day of November, 2007.

/s/Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE