IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SHARON W. CRAWFORD,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   CASE NUMBER: 07-707 |
| | * |
| **ARGENT MORTGAGE COMPANY, LLC** | * |
| | * |
| Defendant. | * |

### NOTICE OF APPEARANCE OF COUNSEL

Comes now KENNETH J. RIEMER, Attorney at Law, and gives notice of his appearance as additional attorney for the Plaintiff herein.

    s/Kenneth J. Riemer
KENNETH J. RIEMER (RIEMK8712)
Attorney for Plaintiff
P.O. Box 1206
Mobile AL 36633
Telephone: (251) 432-9212
Facsimile: (251) 433-7172
Email: kjr@alaconsumerlaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of November, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CMECF system, which will send electronic notification of such filing to all parties of record.

    s/ Kenneth J. Riemer
KENNETH J. RIEMER