## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **SHARON W. CRAWFORD,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NUMBER: 07-707 |
| | ) |
| **ARGENT MORTGAGE COMPANY, LLC,** | ) |
| | ) |
| | ) |
|     **Defendant.** | ) |

## NOTICE OF APPEARANCE

    James D. Patterson requests this Honorable Court enter his name as additional counsel for Plaintiff in the above related causes.

 

                                              s/ James D. Patterson
                                              James D. Patterson, Esq.

Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL 36533-0969
251.990.5558 (voice)
251.990.0626 (fax)
jpatterson@alalaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 13th day of November, 2007, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

Stephen J. Bumgarner
Burr & Forman, LLP
3400 Wachovia Tower
420 North 20th St.
Birmingham, AL 35203

Kenneth J. Riemer
Kenneth J. Riemer, Attorney at Law
P.O. Box 1206
166 Government St.
Mobile AL 36633

                                                                                            s/  James D. Patterson
                                                                                           **JAMES D. PATTERSON**