# U.S. District Court
## Southern District of Alabama (Mobile)
### CIVIL DOCKET FOR CASE #: 1:07–cv–00707–CG–M

Crawford v. Argent Mortgage Company  
Assigned to: Chief Judge Callie V. S. Granade  
Referred to: Magistrate Judge Bert W. Milling, Jr  
Cause: 15:1601 Truth in Lending

Date Filed: 10/04/2007  
Date Terminated: 12/04/2007  
Jury Demand: Plaintiff  
Nature of Suit: 480 Consumer Credit  
Jurisdiction: Federal Question

**Plaintiff**

**Sharon W. Crawford**     represented by     **Earl P. Underwood**  
P. O. Box 969  
Fairhope, AL 36533–0969  
251–990–5558  
Fax: 251–990–0626  
Email: epunderwood@alalaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**  
P.O. Box 969  
Fairhope, AL 36533  
251–990–5558  
Email: jpatterson@alalaw.com  
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**  
166 Government Street, Suite 100  
Mobile, AL 36602  
251–432–9212  
Fax: 251–433–7172  
Email: kjr@alaconsumerlaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Argent Mortgage Company**     represented by     **Stephen James Bumgarner**  
Burr &Forman LLP  
3400 Wachovia Tower  
420 North 20th Street  
Birmingham, AL 35203  
205–458–5355  
Fax: 205–244–5611  
Email: sbumgarn@burr.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/04/2007 | " 1 | COMPLAINT against Argent Mortgage Company ( Filing fee $350 receipt number 525617, Online Credit Card Payment), filed by Sharon W. Crawford. (Attachment: #(1) Exhibit Summons) (Underwood, Earl) Cover Sheet added on 10/4/2007 (mab) (Entered: 10/04/2007) |
| 10/04/2007 | " 2 | Summons Issued to plaintiff's counsel via mail for service on Argent Mortgage Company. (mab) (Entered: 10/04/2007) |
| 10/04/2007 | " 3 | Service Notice issued 10/4/2007. Plaintiff to notify the Court of the action taken to effect service and the results thereof by 11/19/2007. (mab) (Entered: 10/04/2007) |
| 10/15/2007 | " 4 | RETURN OF SERVICE of Summons served 10/11/07 as to Argent Mortgage Company, LLC (Attachments: # 1 Exhibit Certified Mail Return Receipt) (Underwood, Earl) (Entered: 10/15/2007) |
| 10/15/2007 | " | Answer due from Argent Mortgage Company on 10/31/2007 – See Doc. 4 . (tot) (Entered: 10/15/2007) |
| 10/31/2007 | " 5 | MOTION to Dismiss by Argent Mortgage Company. (Bumgarner, Stephen) (Entered: 10/31/2007) |
| 10/31/2007 | " 6 | Brief re 5 MOTION to Dismiss. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Bumgarner, Stephen) (Entered: 10/31/2007) |
| 10/31/2007 | " | MOTION for More Definite Statement by Argent Mortgage Company; Referred to Judge Callie V. S. Granade. (image at Doc. 5 ) (mab) (Entered: 11/02/2007) |
| 11/02/2007 | " 7 | PRELIMINARY SCHEDULING ORDER entered. Rule 26 Meeting Report due by 12/17/2007.Signed by Judge Bert W. Milling Jr. on 11/2/2007. (Attachment: #(1) consent form) (mab) (Entered: 11/02/2007) |
| 11/02/2007 | " 8 | Order re: 5 MOTION to Dismiss filed by Argent Mortgage Company. A party opposing the motion must respond within 10 working days of receipt of the motion. Signed by Judge Callie V. S. Granade on 11/02/2007. (mab) (Entered: 11/02/2007) |
| 11/06/2007 | " 9 | MOTION to Stay re 5 MOTION to Dismiss by Sharon W. Crawford. (Attachments: # 1 Exhibit A) (Underwood, Earl) (Entered: 11/06/2007) |
| 11/06/2007 | " 10 | ORDER granting 9 Plaintiff's Motion to Stay. This action is hereby STAYED pending receipt of the MDL Panel's transfer order. This stay will remain ineffect until the court is notified of the MDL Panel's decision concerning transfer. Signed by Judge Callie V. S. Granade on 11/06/2007. (mab) (Entered: 11/06/2007) |
| 11/08/2007 | " 11 | NOTICE of Appearance by Kenneth J. Riemer on behalf of Sharon W. Crawford (Riemer, Kenneth) (Entered: 11/08/2007) |
| 11/12/2007 | " 12 | NOTICE of Appearance by James Donnie Patterson on behalf of Sharon W. Crawford (Patterson, James) (Entered: 11/12/2007) |
| 12/04/2007 | " 13 | Conditional Transfer Order (MDL) from Northern District of Illinois requesting transfer of action. Entire case file sent to requesting District consisting of Documents 1–12. (Attachment: #(1) Transfer Letter) (mab) (Entered: 12/10/2007) |